JOHN HEIB, Respondent, *v.* THE TOWN OF BIG FLATS, Appellant.

*Heib* v. *Town of Big Flats,* 84 App. Div. 635, affirmed.
(Argued June 16, 1904; decided August 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 23, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Frederick Collin* for appellant.

*James O. Sebring* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

LEON T. WALTER, Appellant, *v.* HENRY TOMKINS et al., Respondents, Impleaded with Another.

*Walter* v. *Tomkins,* 71 App. Div. 21, affirmed.
(Argued June 16, 1904; decided August 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 13, 1902, affirming a judgment of Special Term sustaining a demurrer to the complaint.

*William L. Mathot* and *Louis Mathot* for appellant.

*Charles A. Peabody* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.